1  GARY A. FEESS
   United States Attorney
2  FREDERICK M. BROSIO, JR.
   Assistant United States Attorney
3  Chief, Civil Division
   HUGH W. BLANCHARD
4  Assistant United States Attorney
   United States Court House
5  312 North Spring Street
   Los Angeles, California 90012
6  Telephone: (213) 894-2476

7  Attorneys for Plaintiff

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )  No. 89A 80270
                                )
11           Plaintiff          )
                                )   DEFAULT JUDGMENT
12      vs.                     )   ------------------
                                )
13 WILLIAM J DAY aka            )
   BILL DAY                     )
14           Defendant(s)       )

15     In the above-entitled action, an affidavit on behalf of the

16 plaintiff satisfying the requirements of Rule 55 having been filed;

17     IT IS ADJUDGED that the United States of America, plaintiff,

18 do have and recover of and from said defendant(s) the sum of

19 $ 17,332.00 as principal, plus prejudgment interest

20 and $ 20.00 as costs.

21     Judgment to accrue interest at the legal interest rate.

22     DATED:

23                         LEONARD BROSNAN, Clerk
                           U.S. District Court
24                         Central District of California

25
                           By:_____
26                                 Deputy Clerk

27

28

*FILED AUG 1 1989*